IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| **GREGORY L. CLARKE** | : | Bankruptcy No. **16-21663-CMB** |
| *Debtor,* | : | Related to Doc. No. 31 |
| ================================== | : | |
| **GREGORY L. CLARKE** | : | Hearing Date and Time: |
| *Movant,* | : | |
| vs. | : | |
| **SELECT PORTFOLIO SERVICING,** | : | |
| *Respondent* | : | |

## ORDER

A *Loss Mitigation Order* dated 7/25/2016, was entered in the above matter at Document No. 25. On 10/24/2016, a *Motion to Extend the Loss Mitigation Period* was filed by Debtor at Document No. 31.

AND NOW, this 4th day of November, 20 16, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* Jan. 17, 20 17.

_____
United States Bankruptcy Judge

FILED
11/4/16 4:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA