## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | GREGORY L. CLARKE |
| **Case Number:** | 16-21663-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 08, 2016 10:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
12/13/16 9:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#16 - Final Confirmation of Plan Dated  5/26/2016 - NFC
R / M #:   16 / 0

### *Appearances:*

Debtor: *Geisler* (signature)

Trustee:  Winnecour / Bedford / Pail / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 4/13/17 at 11:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
          Objections are due on or before _____ .
          A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

11/29/2016  11:47:17 AM