## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Gregory L. Clarke  
       Debtor(s)

CHAPTER 13

BKY. NO. 16-21663

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE9, Asset-Backed Certificates Series 2006-HE9, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8927

                    Respectfully submitted,

                    **/s/ James C. Warmbrodt, Esquire**  
                    James C. Warmbrodt, Esquire  
                    jwarmbrodt@kmllawgroup.com  
                    Attorney I.D. No. 42524  
                    KML Law Group, P.C.  
                    701 Market Street, Suite 5000  
                    Philadelphia, PA 19106  
                    Phone: 215-825-6306  
                    Fax: 215-825-6406  
                    Attorney for Movant/Applicant