IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| **GREGORY L. CLARKE** | : | Bankruptcy No. **16-21663-CMB** |
| *Debtor,* | : | Related to Doc. No. |
| ==================================== | : | |
| **GREGORY L. CLARKE** | : | Hearing Date and Time: |
| *Movant,* | : | |
| vs. | : | |
| **SELECT PORTFOLIO SERVICING,** | : | |
| *Respondent* | : | |

## ORDER

A *Loss Mitigation Order* dated __7/25/2016_____ , was entered in the above matter at

Document No. __25____. On _____1/17/2017_____, a *Motion to Extend the Loss Mitigation*

*Period* was filed by__ Debtor_____ at Document No. __35__.

*AND NOW*, this __27th__ day of ____January_____, 20 _17_, it is hereby **ORDERED,**

*ADJUDGED AND DECREED* that the loss mitigation period is *extended up to and including*

__Mar. 15__, 20 _17_.

_____
United States Bankruptcy Judge

FILED
1/27/17 4:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA