IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **GREGORY L. CLARKE** | : | Bankruptcy No. **16-21663-CMB** |
| | : | |
| *Debtor,* | : | Related to Doc. No. 37 |
| ================================= | : | |
| **GREGORY L. CLARKE** | : | Hearing Date and Time: |
| | : | |
| *Movant,* | : | |
| vs. | : | |
| **SELECT PORTFOLIO SERVICING,** | : | |
| *Respondent* | : | |

# ORDER

A *Loss Mitigation Order* dated  7/25/2016 , was entered in the above matter at Document No.  25 . On  3/15/2017 , a ***Motion to Extend the Loss Mitigation Period*** was filed by  Debtor  at Document No.  37 .

*AND NOW*, this  28th  day of  March , 20 17 , it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is ***extended up to and including***  May 15 , 20  17 .

_____
United States Bankruptcy Judge

*(signed) Carlota M. Böhm  dmr*

FILED
3/28/17 11:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA