# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | GREGORY L. CLARKE |
| Case Number: | 16-21663-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, APRIL 13, 2017 11:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
4/17/17 9:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#16 - Continued Confirmation of Plan Dated 5/26/2016 (NFC)
R / M #:   16 / 0

**Appearances:**

Debtor: _[signature]_
Trustee: Winnecour / Bedford / Pail / **Katz**
Creditor:

*[handwritten: LMP still pending — plan feasibility dependent on loan mod?]*

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **6/8/17** at **2:30 pm**
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*[handwritten: Best Effort issue to be reviewed following completion of LMP]*

4/6/2017    1:22:33PM