IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| **GREGORY L. CLARKE** | : | Bankruptcy No. **16-21663-CMB** |
| *Debtor,* | : | Related to Doc. No. 40 |
| ================================ | : | Hearing Date and Time: |
| **GREGORY L. CLARKE** | : | |
| *Movant,* | : | |
| vs. | : | |
| **SELECT PORTFOLIO SERVICING,** | : | |
| *Respondent* | : | |

# ORDER

A *Loss Mitigation Order* dated  7/25/2016 , was entered in the above matter at Document No.  25 . On  5/15/2017 , a *Motion to Extend the Loss Mitigation Period* was filed by  Debtor  at Document No.  40 .

AND NOW, this  25th  day of  May , 20 17 , it is hereby ORDERED, ADJUDGED AND DECREED that the loss mitigation period is *extended up to and including* June 30 , 20 17 .

_____
United States Bankruptcy Judge

FILED
5/25/17 3:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA