# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

|  |  |
|---|---|
| Debtor: | GREGORY L. CLARKE |
| Case Number: | 16-21663-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JUNE 08, 2017  02:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
6/13/17 8:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#16 - Continued Confirmation of Plan Dated 5/26/2016 (NFC)
R / M #:  16 / 0

**Appearances:**

Debtor:
Trustee: Winnecour / Bedford / (Paill) / Katz  *(Bush?)*
Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to __9/7/17__ at __3:00__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/2/2017   11:27:21 AM