IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **GREGORY L. CLARKE** | : | Bankruptcy No. **16-21663-CMB** |
| | : | |
| *Debtor,* | : | Related to Doc. No.   25 |
| ================================= | : | |
| **GREGORY L. CLARKE** | : | Hearing Date and Time: |
| | : | |
| *Movant,* | : | |
| vs. | : | |
| **SELECT PORTFOLIO SERVICING,** | : | |
| *Respondent* | : | |

# ORDER

A *Loss Mitigation Order* dated   7/25/2016   , was entered in the above matter at Document No.   25  . On   6/30/2017  , a ***Motion to Extend the Loss Mitigation Period*** was filed by   Debtor   at Document No.   43  .

**AND NOW**, this   21st   day of   July  , 20 17 , it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is ***extended up to and including***   August 31  , 20   17  .

FILED
7/21/17 3:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*   dmr
United States Bankruptcy Judge