# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**_Conciliation Conference:_**

| | |
|---|---|
| Debtor: | GREGORY L. CLARKE |
| Case Number: | 16-21663-CMB   Chapter: 13 |
| Date / Time / Room: | THURSDAY, SEPTEMBER 07, 2017 03:00 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
9/12/17 8:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**_Matter:_**

#16 - Continued Confirmation of Plan Dated 5/26/2016 (NFC)
R / M #:  16 / 0

**_Appearances:_**

Debtor: [signature] Deisler
Trustee: Winnecour / (Bedford) / Pail / Katz

Creditor: Awaiting decision on LMP

**_Proceedings:_**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 1-11-18 at 10:30

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

8/31/2017    2:13:55PM