IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                                            :     Chapter 13

**GREGORY L. CLARKE**                   :     Bankruptcy No. **16-21663-CMB**

                *Debtor,*                          :     Related to Doc. No. **45**

**GREGORY L. CLARKE**                   :     Hearing Date and Time:

                *Movant,*
           vs.
**SELECT PORTFOLIO SERVICING,**
              *Respondent*

## ORDER

A *Loss Mitigation Order* dated __7/25/2016__, was entered in the above matter at Document No. __25__. On __8/31/2017__, a *Motion to Extend the Loss Mitigation Period* was filed by __Debtor__ at Document No. __45__.

AND NOW, this __13th__ day of __September__, 20__17__, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* __Oct. 16__, 20__17__.

*[signature]*
United States Bankruptcy Judge

FILED
9/13/17 4:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

PAWB Local Form 43 (04/14)                                                                Page 1 of 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 16-21663-CMB
Gregory L. Clarke                                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2       User: dric              Page 1 of 1              Date Rcvd: Sep 13, 2017
                           Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2017.
db             +Gregory L. Clarke,    1130 Dartmouth Road,    Pittsburgh, PA 15205-1705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Select Portfolio Servicing, Inc. as servicing agen
                                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    U.S. Bank, N.A Et Al... agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank, N.A Et Al... bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for U.S. Bank, N.A. successor trustee to LaSalle Bank National Association, on behalf of
               the holders of Bear Stearns Asset Backed Securities I Trust mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Michael S. Geisler    on behalf of Debtor Gregory L. Clarke m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 8