IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| GREGORY L. CLARKE, | : | Case No. 16-21663-CMB |
| *Debtor,* | : | Chapter 13 |
| GREGORY L. CLARKE, | : | Related to Doc Nos. 22, 25 & 52 |
| *Movant,* | : | |
| v. | : | |
| SELECT PORTFOLIO SERVICING. | : | Hearing: January 17, 2018 at 9:30 A.M. |
| *Respondent.* | : | |

## ORDER

On December 15, 2017, the Debtor filed a **Motion to Extend the Loss Mitigation Period** at Document No. 52, indicating that the mortgage servicer offered a trial modification, but the Debtor needs more time to allow the servicer to propose a permanent modification. Therefore,

*AND NOW*, this *21st* day of *December, 2017,* it is hereby **ORDERED, ADJUDGED and DECREED** that*:*

(1)    A *Status Conference* on compliance with the pending *Loss Mitigation Order*, dated July 25, 2016, is scheduled on *January 17, 2018 at 9:30 A.M* in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

(2)    **The Loss Mitigation Period is extended up to and including January 17, 2018.**

(3)    The Movant shall immediately serve a copy of this *Order* on the Respondent and Counsel for the Respondent, and file a certificate of service within five (5) days.

Carlota M. Böhm
U.S. Bankruptcy Judge

Case administrator to serve:
    Debtor(s)
    Counsel for Debtor(s)
    Ronda Winnecour, Esq., Ch. 13 Trustee

FILED
12/21/17 3:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Gregory L. Clarke  
    Debtor

Case No. 16-21663-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Dec 21, 2017  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.  
db           +Gregory L. Clarke,    1130 Dartmouth Road,    Pittsburgh, PA 15205-1705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2017 at the address(es) listed below:

           Andrew F Gornall     on behalf of Creditor    U.S. Bank, N.A Et Al... agornall@goldbecklaw.com,  
            bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
           James Warmbrodt     on behalf of Creditor    U.S. Bank, N.A Et Al... bkgroup@kmllawgroup.com  
           Matthew Christian Waldt     on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank, N.A. successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust mwaldt@milsteadlaw.com,  
            bkecf@milsteadlaw.com  
           Michael S. Geisler     on behalf of Debtor Gregory L. Clarke m.s.geisler@att.net,  
            msgeis@yahoo.com;michaelgeisler13@gmail.com  
           Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
           Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,  
            ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
           Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
           S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,  
            Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                            TOTAL: 8