## PROCEEDING MEMO

Date: 01/17/2018  9:30 am

In re: Gregory L. Clarke

Bankruptcy No. 16-21663-CMB
Chapter: 13
Doc. # 25

Appearances: ~~Winnecour~~ / Pail / ~~Katz~~, Michael S. Geisler

Movant(s):

Respondents:

Creditor(s):    Suzanne Rushak for mortgage servicer

Nature of Proceeding: # 25 Status Conference on Compliance with Loss Mitigation Order

Additional Pleadings:

Judge's Notes:    Per Debtor's counsel, he filed a motion to approve final loan modification. Loss Mit extended to May 30, 2018.

Outcome:

_____ Motion is GRANTED  ✓ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED    Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED    Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
                              Respondent(s) brief due _____ days
                              Trustee's brief due _____ days

Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
1/17/18 2:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA