# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | GREGORY L. CLARKE |
| Case Number: | 16-21663-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JANUARY 11, 2018 10:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
1/19/18 12:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#16 - Continued Confirmation of Plan Dated 5/26/2016 (NFC)
R / M #:  16 / 0

**Appearances:** Geisler

Debtor:
Trustee: Winnecour / Pail / Katz
Creditor:

**Proceedings:**

Outcome: Contested

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___.
7. ___ Plan/Motion continued to ___ at ___.
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by ___.
   Objections are due on or before ___.
   A hearing on the Amended Plan is set for ___ at ___.
9. ✓ Contested Hearing: 2-14-18 at 10:00 A.m.
10. ___ Other:

No payments to Trustee since July of 2017, on advice of counsel Ignored court order and paid lender directly

1/4/2018    2:00:04PM

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 16-21663-CMB
Gregory L. Clarke                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel              Page 1 of 1              Date Rcvd: Jan 19, 2018
                         Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2018.
db              +Gregory L. Clarke,    1130 Dartmouth Road,    Pittsburgh, PA 15205-1705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2018 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    U.S. Bank, N.A Et Al... agornall@goldbecklaw.com,
       bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      James Warmbrodt    on behalf of Creditor    U.S. Bank, N.A Et Al... bkgroup@kmllawgroup.com
      Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
       agent for U.S. Bank, N.A. successor trustee to LaSalle Bank National Association, on behalf of
       the holders of Bear Stearns Asset Backed Securities I Trust mwaldt@milsteadlaw.com,
       bkecf@milsteadlaw.com
      Michael S. Geisler    on behalf of Debtor Gregory L. Clarke m.s.geisler@att.net,
       msgeis@yahoo.com;michaelgeisler13@gmail.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                     TOTAL: 8