IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **GREGORY L. CLARKE** | : | Bankruptcy No. **16-21663-CMB** |
| | : | |
| *Debtor,* | : | Related to Doc. No. 56 |
| =================================== | : | |
| **GREGORY L. CLARKE** | : | Hearing Date and Time: |
| | : | |
| *Movant,* | : | |
| vs. | : | |
| **SELECT PORTFOLIO SERVICING,** | : | **ENTERED BY DEFAULT** |
| *Respondent* | : | |

## PROPOSED ORDER

AND NOW, this ___8th___ day of ___February___, 2018, upon consideration of the Debtors' Motion for Approval of Loan Modification Agreement, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Loan Modification Agreement between the Debtors, and SELECT PORTFOLIO SERVICING., attached to the Motion as Exhibit "A" is APPROVED.

2. The Chapter 13 Trustee is authorized to modify the distribution to the above-named Creditor pursuant to the terms of the modification. Each payment shall be made in the amount of $2,181.33 for the remaining term of the Plan. The Chapter 13 Trustee shall continue to make distributions in the same amount as the foregoing payment until further Order of Court.

3. The terms of the modification are as follows:

New Principal Balance: $303,525.00

New Maturity Date: 91/2036

New Principal and Interest Monthly Payment: $1,463.59

New Term: 225 months from origination.

Capitalized Arrearage: $202,199.46

New Interest Rate: 5.00%

4. Within three (3) days of the entry of this Order, Debtor shall serve this Order electronically on the Chapter 13 Trustee at the following e-mail address: LMP@chapter13trusteewdpa.com and Debtor shall not be entitled to rely on CM/ECF or United States Mail for service of this Order on the Chapter 13 Trustee. The Debtor's Certificate of Service shall reflect service upon the above identified e-mail address.

5. The Loss Mitigation Process is resolved in compliance with *W.PA.ILBR 9020-6.*

6. Attorneys' fees in the amount of $1,000.00, plus expenses in the amount of $80.00 for the portal fee, shall be paid as an administrative expense to Debtor's attorney through the Debtor's Chapter 13 Plan.

BY THE COURT:

FILED
2/8/18 3:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
United States Bankruptcy Judge    **dmr**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 16-21663-CMB
Gregory L. Clarke                                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: dric              Page 1 of 1                Date Rcvd: Feb 08, 2018
                                Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2018.
db          +Gregory L. Clarke,    1130 Dartmouth Road,    Pittsburgh, PA 15205-1705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Select Portfolio Servicing, Inc. as servicing agen
                                                                                        TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2018 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    U.S. Bank, N.A Et Al... agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      James  Warmbrodt    on behalf of Creditor    U.S. Bank, N.A Et Al... bkgroup@kmllawgroup.com
      Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank, N.A. successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
      Michael S. Geisler    on behalf of Debtor Gregory L. Clarke m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                      TOTAL: 8