# PROCEEDING MEMO

Date: 02/14/2018  10:00 a.m.

In re: Gregory L. Clarke

                                            Bankruptcy No. 16-21663-CMB
                                            Chapter: 13
                                            Doc. # 16

**Appearances:** Michael S. Geisler , Winnecour / ~~Pail / Katz~~

**Movant(s):**

**Respondents:**

**Creditor(s):**

**Nature of Proceeding:** #16 Contested May 26, 2016 Plan

**Additional Pleadings:**

**Judge's Notes:** Trustee said no payments since July. Debtor's counsel indicated Debtor was making payments directly to the servicer. Debtor has made a direct payment to trustee in the past month and Debtor can comply with plan. Court ordered conciliation.
**Outcome:** Conciliation set for March 15th at 3:30 p.m. If plan needs to be amended, it should be amended in 2 days.

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED  Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED  Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:  Movant(s) brief due _____ days
                       Respondent(s) brief due _____ days
                       Trustee's brief due _____ days

                                            Carlota M. Böhm
                                            U.S. Bankruptcy Judge

FILED
2/14/18 1:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Gregory L. Clarke
    Debtor

Case No. 16-21663-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 1      Date Rcvd: Feb 14, 2018
                           Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2018.
db          +Gregory L. Clarke,    1130 Dartmouth Road,    Pittsburgh, PA 15205-1705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2018 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    U.S. Bank, N.A Et Al... agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    U.S. Bank, N.A Et Al... bkgroup@kmllawgroup.com
          Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
           agent for U.S. Bank, N.A. successor trustee to LaSalle Bank National Association, on behalf of
           the holders of Bear Stearns Asset Backed Securities I Trust mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          Michael S. Geisler    on behalf of Debtor Gregory L. Clarke m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                                                                                 TOTAL: 8