**Form 150**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:   Bankruptcy Case No.: 16–21663–CMB
Related to Doc. No. 69
Chapter: 13
Docket No.: 71 – 69
Conciliation Conference Date: 3/15/18 at 03:30 PM

**Gregory L. Clarke**
    Debtor(s)

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the ___5th___ day of ___March___, _2018_, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

First Class Mail, Postage prepaid, unless otherwise indicated.

on the respondent(s) at (list names and addresses here):

See attached pages.

Executed on ___3/5/2018___     /s/ Michael S. Geisler
               (Date)                                   (Signature)

MICHAEL S. GEISLER, ESQUIRE, 201 Penn Center Blvd., Suite 524, Pittsburgh, PA 15235
(Type Name and Mailing Address of Person Who Made Service)

RONDA J. WINNECOUR, TRUSTEE    (BY ELECTRONIC MEANS)
3250 US Steel Tower
Pittsburgh, PA 15219

OFFICE OF THE U.S. TRUSTEE    (BY ELECTRONIC MEANS)
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

American Infosource, LP
P.O. Box 248848
Oklahoma City, OK 73124-8848

Capital One Bank (SA) N.A.
c/o TSYS Debt Management
P.O. Box 5155
Norcross, GA 30091-5155

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Chrysler Financial
2777 Inkster Road
Farmington, MI 48334-5326

Duquesne Light Company
c/o Bernstein-Burkley, P.C.,
707 Grant St., Suite 2200, Gulf Tower,
Pittsburgh, PA 15219

EMC Mortgage Corporation
P.O. Box 829009
Dallas, TX 75382-9009

Gregory Javardian, Esquire
1310 Industrial Blvd.
Southampton, PA 18966

J.P. Morgan Chase Bank, N.A.
3415 Vision Drive
Mail Code: OH4-7133
Columbus, OH 43219-6009

Joseph & Anita Astorino Kulik
127 Lorish Road
Mc Kees Rocks, PA 15136-1670

Kimberly A. Bonner, Esquire
Manley, Deas, Kochalski, LLC
P.O. Box 165028
Columbus, OH 43216-5028

LVNV Funding, LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

MOHELA on behalf of DOE
MOEHLA
633 Spirit Drive
Chesterfield, MO 63005-1243

Montour School District
c/o Goehring, Rutter & Boehm
437 Grant Street, 14th Floor
Pittsburgh, PA 15219-6101

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg PA 17128-0946

PRA Receivables Mgt., LLC
c/o Portfolio Recovery Assoc., LLC
P.O. Box 41067
Norfolk, VA 23541

S. James Wallace, Esquire
845 Lincoln Avenue
Pittsburgh, PA 15233-1828

U.S. Bank, N.A.
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

US Dept of Education/MOHELA
633 Spirit Drive
Chesterfield MO 63005

Verizon Wireless
P.O. Box 1764
Baltimore, MD 21203-1764