# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** GREGORY L. CLARKE
**Case Number:** 16-21663-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, MARCH 15, 2018 03:30 PM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#69 - Amended Plan Dated: 2-16-2018 (NFC)
R / M #: 69 / 0

### Appearances:

Debtor: Geisler
Trustee: (Winnecour) / Pail / Katz

Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 4-11-18 at 11
10. _____ Other:

Creditors counsel claims he did not have an opportunity to object due to service deficiency.

RECEIVED 2018 MAR 16 A 10:08 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

3/7/2018    8:32:42AM