## PROCEEDING MEMO

**Date:** 4/11/2018 11:00 a.m.

In re: Gregory L. Clarke

Bankruptcy No. 16-21663-CMB
Chapter: 13
Doc. # 69

**Appearances:** Winnecour ~~/ Pail / Katz,~~ Michael S. Geisler for Debtor

**Movant(s):**

**Respondents:**

**Creditor(s):**

**Nature of Proceeding:** #69 Contested February 16, 2018 Plan

**Additional Pleadings:**

**Judge's Notes:** Debtor's counsel indicated that his client made a payment recently and he obtained a modification on his mortgage where he capitalized arrears. Debtor's counsel is
**Outcome:** planning to file a 506 action. Conciliation scheduled for June 21, 2018 at 10:30 a.m. Mr. Geisler is to notify creditor of conciliation time. Mr. Geisler to also file 506 complaint.

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED        Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED        Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
                              Respondent(s) brief due _____ days
                              Trustee's brief due _____ days

Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
4/12/18 10:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Gregory L. Clarke
    Debtor

Case No. 16-21663-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Apr 12, 2018
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2018.
db      +Gregory L. Clarke,    1130 Dartmouth Road,    Pittsburgh, PA 15205-1705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2018          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2018 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    U.S. Bank, N.A Et Al... agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         James Warmbrodt    on behalf of Creditor    U.S. Bank, N.A Et Al... bkgroup@kmllawgroup.com
         Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank, N.A. successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
         Michael S. Geisler    on behalf of Debtor Gregory L. Clarke m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
         TOTAL: 8