UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | GREGORY L. CLARKE |
| Case Number: | 16-21663-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, AUGUST 23, 2018 10:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
8/24/18 11:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#69 - Final Confirmation of Plan Dated 2/16/2018 (NFC)
R / M #: 69 / 0

*Case was a loan modification*

**Appearances:**

Debtor: Gevler
Trustee: Winnecour / Pail / **Katz** / DeSimone

Creditor: Kulik representing himself

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to **10/18/18** at **2:30 pm**
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Debtors 2017 tax return & current paystubs for both Debtor & non-filing spouse — If I or J not correct need amendment*

*Plan contingent on avoidance of Kulik lien — 506/522 f to be filed w/in 30 days*

8/16/2018  10:58:31 AM