UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | GREGORY L. CLARKE |
| **Case Number:** | 16-21663-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 18, 2018  02:30 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
10/22/18 3:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#69 - Continued Confirmation of Plan Dated 2/16/2018 (NFC)
R / M #:  69 / 0

### *Appearances:*

*Geisler* (handwritten)

Debtor:
Trustee:  Winnecour / Patt (circled) / Katz / DeSimone
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to __2-3__, effective _____.
7. __X__ Plan/Motion continued to __1/31/19__ at __2:30__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

10/11/201! 1:33:16PM