## PROCEEDING MEMO

Date: 03/13/2019 10:00 am

In re: Gregory L. Clarke

Bankruptcy No. 16-21663-CMB
Chapter: 13
Doc. # 69

Appearances: Michael S. Geisler ✓

Movant(s): Winnecour / Pail / Katz / DeSimone

Respondents:

Creditor(s):

Nature of Proceeding: # 69 Contested February 16, 2018 Plan

Additional Pleadings:

Judge's Notes: Geisler: No defense to dismissal

Outcome:

Case dismissed without prejudice

\_\_\_\_\_ Motion is GRANTED \_\_\_\_\_ Order entered
\_\_\_\_\_ Motion is DENIED \_\_\_\_\_ Order entered
\_\_\_\_\_ Motion WITHDRAWN
\_\_\_\_\_ Motion is DISMISSED    Order entered
\_\_\_\_\_ Reschedule for Proper Service
✓ Case DISMISSED    Order entered
\_\_\_\_\_ Parties to submit Order/Settlement/Stipulation by \_\_\_\_\_ days
\_\_\_\_\_ CONTINUED MATTER: \_\_\_\_\_ for at least \_\_\_\_\_ days (Court to Issue Order)
\_\_\_\_\_ to hearing date of \_\_\_\_\_
\_\_\_\_\_ ISSUE EVIDENTIARY HEARING NOTICE
\_\_\_\_\_ Discovery time needed \_\_\_\_\_ days
\_\_\_\_\_ Briefs to be filed:    Movant(s) brief due \_\_\_\_\_ days
                Respondent(s) brief due \_\_\_\_\_ days
                Trustee's brief due \_\_\_\_\_ days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
3/13/19 3:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA