Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Gregory L. Clarke** | : | Case No. 16−21663−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 14th of March, 2019,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                                      Case No. 16-21663-CMB
Gregory L. Clarke                                                           Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2         User: dric                 Page 1 of 2               Date Rcvd: Mar 14, 2019
                             Form ID: 309               Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2019.
db            +Gregory L. Clarke,    1130 Dartmouth Road,    Pittsburgh, PA 15205-1705
cr            +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                Pittsburgh, PA 15212-5860
14223577       EMC Mortgage Corporation,    P.O. Box 829009,    Dallas, TX 75382-9009
14223578      +Gregory Javardian, Esquire,    1310 Industrial Blvd.,    Southampton, PA 18966-4030
14223579       J.P. Morgan Chase Bank, N.A.,    3415 Vision Drive,    Mail Code: OH4-7133,
                Columbus, OH 43219-6009
14223580       Joseph & Anita Astorino Kulik,    127 Lorish Road,    Mc Kees Rocks, PA 15136-1670
14223581       Kimberly A. Bonner, Esquire,    Manley, Deas, Kochalski, LLC,    P.O. Box 165028,
                Columbus, OH 43216-5028
14223583       MOHELA on behalf of DOE,    MOEHLA,    633 Spirit Drive,    Chesterfield, MO 63005-1243
14223584       Montour School District,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                Pittsburgh, PA 15219-6101
14223587       Peoples Natural Gas Company,    P.O. Box 535323,    Pittsburgh, PA 15253-5323
14301008      +Peoples Natural Gas Company LLC,    Equitable Division,    c/o Barbara Rodgers,
                375 North Shore Drive,    Pittsburgh, PA 15212-5866
14223588       Peter J. Ashcroft, Esquire,    Bernstein-Burkley, P.C.,    Suite 2200, Gulf Tower,
                Pittsburgh, PA 15219-1900
14223590       S. James Wallace, Esquire,    845 Lincoln Avenue,    Pittsburgh, PA 15233-1828
14223591      +U.S. Bank, N.A. successor trustee,    c/o Select Portfolio Servicing,    3815 South West Temple,
                Salt Lake City, UT 84115-4412
14292623      +US Dept of Education/MOHELA,    633 Spirit Dr,    Chesterfield MO 63005-1243
14223592       Verizon Wireless,    P.O. Box 1764,    Baltimore, MD 21203-1764

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14223573       EDI: AIS.COM Mar 15 2019 06:43:00      American Infosource, LP,    P.O. Box 248848,
                Oklahoma City, OK 73124-8848
14223574       EDI: CAPITALONE.COM Mar 15 2019 06:43:00      Capital One Bank (SA) N.A.,
                c/o TSYS Debt Management,    P.O. Box 5155,    Norcross, GA 30091-5155
14247560       EDI: CAPITALONE.COM Mar 15 2019 06:43:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC 28272-1083
14223575       EDI: CHRYSLER.COM Mar 15 2019 06:43:00      Chrysler Financial,    2777 Inkster Road,
                Farmington, MI 48334-5326
14303755      +E-mail/Text: kburkley@bernsteinlaw.com Mar 15 2019 02:49:10      Duquesne Light Company,
                c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                Pittsburgh, PA 15219-1945
14223576      +E-mail/Text: kburkley@bernsteinlaw.com Mar 15 2019 02:49:10      Duquesne Light Company,
                411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14223582       EDI: RESURGENT.COM Mar 15 2019 06:43:00      LVNV Funding, LLC,    c/o Resurgent Capital Services,
                P.O. Box 10587,    Greenville, SC 29603-0587
14223589      +EDI: PRA.COM Mar 15 2019 06:43:00      PRA Receivables Mgt., LLC,
                c/o Portfolio Recovery Assoc., LLC,    P.O. Box 41067,    Norfolk, VA 23541-1067
14223585       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 15 2019 02:48:29       Pa. Dept. of Revenue,
                Dept 280946,    Harrisburg, PA 17128-0946
14237311       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 15 2019 02:48:29
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg PA 17128-0946
14304782       E-mail/Text: jennifer.chacon@spservicing.com Mar 15 2019 02:49:20       U.S. Bank, N.A.,
                c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             Select Portfolio Servicing, Inc. as servicing agen
cr             U.S. Bank, N.A Et Al...
14223586*      Pa. Dept. of Revenue,    Dept 280946,    Harrisburg, PA 17128-0946
                                                                                  TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                                          Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: dric                Page 2 of 2            Date Rcvd: Mar 14, 2019
                              Form ID: 309              Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    U.S. Bank, N.A Et Al... andygornall@latouflawfirm.com
              James   Warmbrodt    on behalf of Creditor    U.S. Bank, N.A Et Al... bkgroup@kmllawgroup.com
              Julie Frazee Steidl    on behalf of Defendant Joseph   Kulik julie.steidl@steidl-steinberg.com,
               leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Julie Frazee Steidl    on behalf of Defendant Anita Astorino Kulik
               julie.steidl@steidl-steinberg.com,
               leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Mary Bower Sheats    on behalf of Defendant Anita Astorino Kulik Mary@mbsheatslaw.com,
               mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com
              Mary Bower Sheats    on behalf of Defendant Joseph   Kulik Mary@mbsheatslaw.com,
               mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for U.S. Bank, N.A. successor trustee to LaSalle Bank National Association, on behalf of
               the holders of Bear Stearns Asset Backed Securities I Trust mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Michael S. Geisler    on behalf of Debtor Gregory L. Clarke m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
              Michael S. Geisler    on behalf of Plaintiff Gregory L. Clarke m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 13
```