**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GREGORY L. CLARKE<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:16-21663<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/01/2016 and confirmed on 07/25/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---:|
| Total Receipts | | 31,823.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 31,823.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,152.62 | |
| Trustee Fee | 1,373.00 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,525.62 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| US BANK NA - TRUSTEE<br>Acct: 8927 | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK NA - TRUSTEE<br>Acct: 5235 | 0.00 | 19,277.71 | 0.00 | 19,277.71 |
| US BANK NA - TRUSTEE<br>Acct: 5235 | 0.00 | 2,165.68 | 6,543.99 | 8,709.67 |
| US BANK NA - TRUSTEE<br>Acct: 8927 | 0.00 | 0.00 | 0.00 | 0.00 |
| EMC MORTGAGE CORP(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 8853 | 1,980.58 | 0.00 | 0.00 | 0.00 |
| CHRYSLER FINANCIAL**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 27,987.38 |

Priority

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| **Priority** | | | | | |
| | MICHAEL S GEISLER ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | GREGORY L. CLARKE  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | MICHAEL S GEISLER ESQ  Acct: | 2,200.00 | 2,152.62 | 0.00 | 0.00 |
| | MICHAEL S GEISLER ESQ  Acct: | 600.00 | 0.00 | 0.00 | 0.00 |
| | PA DEPARTMENT OF REVENUE*  Acct: 8853 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CLERK, U S BANKRUPTCY COURT  Acct: XXXXXXXX-CMB | 310.00 | 310.00 | 0.00 | 310.00 |
| | | | | | 310.00 |
| **Unsecured** | | | | | |
| | DUQUESNE LIGHT COMPANY*  Acct: 8853 | 586.99 | 0.00 | 0.00 | 0.00 |
| | PEOPLES NATURAL GAS CO LLC*  Acct: 4037 | 220.80 | 0.00 | 0.00 | 0.00 |
| | AMERICAN INFOSOURCE LP  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAPITAL ONE BANK NA**  Acct: 8759 | 1,650.97 | 0.00 | 0.00 | 0.00 |
| | JOSEPH & ANITA ASTORINO KULIK  Acct: | 23,937.78 | 0.00 | 0.00 | 0.00 |
| | LVNV FUNDING LLC, ASSIGNEE  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | DEPARTMENT OF EDUCATION/MOHELA  Acct: 8853 | 25,106.92 | 0.00 | 0.00 | 0.00 |
| | GOEHRING RUTTER & BOEHM  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | PA DEPARTMENT OF REVENUE*  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | PRA/PORTFOLIO RECOVERY ASSOC  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | VERIZON WIRELESS  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | ANDREW F GORNALL ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | GREGORY JAVARDIAN ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | KIMBERLY A BONNER ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | BERNSTEIN-BURKLEY PC (FORMERLY FO  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | S JAMES WALLACE ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                  28,297.38

TOTAL CLAIMED
PRIORITY                310.00
SECURED               1,980.58
UNSECURED            51,503.46

Date: 04/01/2019                                       /s/ Ronda J. Winnecour
                                                       RONDA J WINNECOUR PA ID #30399
                                                       CHAPTER 13 TRUSTEE WD PA
                                                       600 GRANT STREET
                                                       SUITE 3250 US STEEL TWR
                                                       PITTSBURGH, PA  15219
                                                       (412) 471-5566
                                                       cmecf@chapter13trusteewdpa.com